**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7299**

---

KEVIN L. CHOICE,

                              Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES CONDON,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge. (CA-00-2249-0-18BD)

---

Submitted:  January 11, 2001        Decided:  January 17, 2001

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin L. Choice, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Choice v. South Carolina</u>, No. CA-00-2249-0-18BD (D.S.C. Sept. 1, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on August 31, 2000, the district court's records show that it was entered on the docket sheet on September 1, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).